UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| AUDREY SWEENEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:09-213-JMH |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | **JUDGMENT** |
| SECURITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(2) That all pending motions shall be and the same hereby are **DENIED AS MOOT;**

(3) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY;** and

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 19th day of October, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge